

| Liebowitz Law Firm, PLLC | 11 SUNRISE PLAZA, STE. 305 |
| --- | --- |
| ATTORNEYS FOR THE PHOTOGRAPHIC ARTS | VALLEY STREAM, NY 11580 |
| | (516) 233-1660 |
| | WWW.LIEBOWITZLAWFIRM.COM |

**MEMO ENDORSED**

March 30, 2018

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/18

Re:   *Sprague v. Mayweather Promotions LLC (1:17-cv-10002-DAB)*

Dear Judge Batts,

We represent Plaintiff, Matthew Sprague, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final Notice of Dismissal by such time.

The Court's consideration is much appreciated.

Granted
S DAB
4/5/18

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Matthew Sprague*

SO ORDERED

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE    4/5/18

Liebowitz Law Firm, PLLC